# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Justin M. Orner | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:11-cv-02909-RBH |
| Horry County; Southern Health Care Partners, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Justin M. Orner, shall take nothing of the defendant, Horry County and Southern Health Care Partners, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissing the action with prejudice pursuant to FRCP 41.

Date: February 15, 2012

*CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*